# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAVARRO-TAMAYO,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY,<br>Respondent. | Case No. 1:26-cv-08935-KES-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE PETITION FOR WRIT OF HABEAS CORPUS AS MOTION TO ENFORCE JUDGMENT IN CASE NO. 2:26-cv-00765-KES-EPG, RE-FILE MOTION FOR TEMPORARY RESTRAINING ORDER IN CASE NO. 2:26-cv-00765-KES-EPG, TERMINATE ALL PENDING MOTIONS AS MOOT, AND ADMINISTRATIVELY CLOSE CASE |

On October 30, 2026, Petitioner, an immigration detainee proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for temporary restraining order. (ECF Nos. 1, 2.) On November 3, 2026, this matter was reassigned because it is related to Navarro-Tamayo v. Lyons, 1:26-cv-03165-KES-EPG, and Navarro-Tamayo v. Warden, 2:26-cv-00765-KES-EPG, within the meaning of Local Rule 123(a). On November 23, 2026, the assigned district judge construed the petition for writ of habeas corpus "as a motion to enforce judgment and referred to the assigned magistrate judge for findings and recommendations and/or other appropriate action" and likewise referred the motion for temporary restraining order. (ECF No. 8.)

\\\

Accordingly, the Clerk of Court is DIRECTED to:

1. Re-file the petition for writ of habeas corpus (ECF No. 1) as a motion to enforce judgment in Navarro-Tamayo v. Warden, 2:26-cv-00765-KES-EPG;
2. Re-file the motion for temporary restraining order (ECF No. 2) in Navarro-Tamayo v. Warden, 2:26-cv-00765-KES-EPG;
3. Terminate all pending motions as moot; and
4. Administratively close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE